IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

SHANE HOLBROOK,

         Plaintiff,

v.                                      CIVIL ACTION NO.   3:21-0170

CARL ALDRIDGE, et al.,

         Defendants.

**MEMORANDUM OPINION AND ORDER**

      This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that Plaintiff's Motion for Injunctive Relief (ECF No. 41), be denied. No objections to the Magistrate Judge's findings and recommendations have been filed.

      Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **ORDERS** that Plaintiff's Motion for Injunctive Relief (ECF No. 41), be **DENIED**, consistent with the findings and recommendations.

      The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

                              ENTER:      September 17, 2021

                              ROBERT C. CHAMBERS
                              UNITED STATES DISTRICT JUDGE